

# Fourth Court of Appeals

## San Antonio, Texas

### JUDGMENT

No. 04-16-00723-CV

**FE EXPRESS, LLC** and Francisco Javier Bernal,
Appellants

v.

Maria Isabel Serna **CONTRERAS**, as next friend and guardian of Samara Isabella Morales
Serna and Samantha Isabel Morales Serna, minor children, and as Administrator of the Estate of
Samuel Morales Castillo, Deceased,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2014CVT001295 D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

&

No. 04-16-00738-CV

**IN RE FE EXPRESS, LLC** and Francisco Javier Bernal

Original Mandamus Proceeding[1]

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's October 28, 2016 Order
Granting Post-Judgment Relief is VACATED without regard to the merits, and these consolidated
appellate and mandamus proceedings are DISMISSED. Costs of the appeal are assessed against
appellants.

---

[1] This original proceeding arises out of Cause No. 2014CVT001295 D3, styled *Maria Isabel Serna Contreras, as Next
Friend and Guardian of Samara Isabella Morales Serna and Samantha Isabel Morales Serna, Minor Children, and
as Administrator of the Estate Of Samuel Morales Castillo, deceased v. FE Express, LLC, Francisco Javier Bernal,
and Hector Omar Lopez*, pending in the 341st Judicial District Court, Webb County, Texas, the Honorable Rebecca
Ramirez Palomo presiding.

SIGNED January 17, 2018.

Luz Elena D. Chapa, Justice